**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000402
06-JAN-2025
08:47 AM
Dkt. 24 OAWST**

NO. CAAP-24-0000402

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JULIANE ALFIERI, Plaintiff-Appellee, v.
UNITED SERVICES AUTOMOBILE ASSOCIATION, Defendant-Appellant

and

CHRISTINE ALFIERI, Plaintiff-Appellee, v.
UNITED SERVICES AUTOMOBILE ASSOCIATION, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 1CCV-22-0001412 and 1CCV-22-0001514)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice Pursuant to Rule 42(a) HRAP (Stipulation), filed December 23, 2024, by Defendant-Appellant United Services Automobile Association, the papers in support, and the record, it appears that (1) the filing fees have been paid but the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties. Therefore, IT IS HEREBY ORDERED that the Stipulation is

approved and the appeal is dismissed with prejudice.  The parties

shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, January 6, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

2